UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18-CR-995 JMB |
| | ) |
| TRACY JO SMITH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

☑ The initial appearance only.

☑ All further proceedings in this case.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of February, 2019