UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:18CR0995 JMB |
| v. ) | |
| ) | |
| TRACY JO SMITH, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO WAIVE PRETRIAL MOTIONS

Comes now Defendant Tracy Jo Smith, through attorney Charles J Banks, Assistant Federal Public Defender, having been fully advised of her right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that wishes to raise by way of pre-trial motions in this cause.  Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

1

Respectfully submitted,


/s/Charles J Banks
CHARLES J BANKS   60027 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: charles_banks@fd.org

ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**


I hereby certify that on 10/07/2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.


/s/ Charles J Banks
CHARLES J BANKS   60027 MO